# UNITED STATES DISTRICT COURT
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

CLARENCE C. ARMOUR

v.

WILDER DEVELOPMENTAL CENTER

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2014-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on April 13, 2005, this cause is hereby dismissed.

APPROVED:

/s/ Bernice Bouie Donald
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

April 25, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

/s/ Carline Granger
(By)  Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02014 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Clarence C. Armour
1659 Poplar Avenue
Apt. #1
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT